REX DARRELL BERRY, State Bar No. 110219
SCOTT M. PLAMONDON, State Bar No. 212294
BERRY & BLOCK LLP
2180 Harvard Street, Suite 560
Sacramento, CA 95815-3326
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendants Circuit City Stores, Inc.
and James McGrath

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH COCCHI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.,<br>JAMES McGRATH and DOES 1-20,<br>inclusive,<br><br>    Defendants. | CASE NO. C 05-01347 JCS<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Noted for: August 5, 2005<br>Time: 1:00 p.m.<br>Dept: Courtroom A<br>Magistrate Judge Joseph C. Spero |

Defendants Circuit City Stores, Inc. and James McGrath hereby request the permission of the Court to attend telephonically the Case Management Conference set for August 5, 2005 at 1:30 p.m.

DATED: July 29, 2005                 BERRY & BLOCK LLP

                                             By /s/ REX DARRELL BERRY
                                                   REX DARRELL BERRY
                                                   SCOTT M. PLAMONDON,
                                                   Defendants Circuit City Stores,
                                                   Inc. and James McGrath

## ORDER

Based on the foregoing, Defendants Circuit City Stores, Inc. and James McGrath are granted permission to appear telephonically at the Initial Case Management Conference.

IT IS SO ORDERED.

DATED this 29th day of July, 2005.

                                                 /s/ Joseph C. Spero
                                          United States ~~District~~ Magistrate Court Judge

**CERTIFICATE OF MAILING**

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Anthony P. O'Brien
Camerlengo & Johnson
500 Airport Boulevard, Suite 350
Burlingame, CA 94010
(650) 579-2911
(650) 579-7975 FAX

**Attorneys for Defendants**

Rex Darrell Berry
Scott M. Plamondon
BERRY & BLOCK LLP
2180 Harvard Street, Suite 560
Sacramento, CA 95815-3326
(916) 564-2000
(916) 564-2024 FAX

DATED this 29th day of July, 2005.

By: /s/ STEPHANIE A. THURTLE
Stephanie A. Thurtle