George F. Camerlengo, State Bar No. 50232
C. Judith Johnson, State Bar No. 104557
Anthony P. O'Brien State Bar No. 232650
CAMERLENGO & JOHNSON
500 Airport Boulevard, Suite 350
Burlingame, CA 94010
Telephone: (650) 579-2911

Attorneys for Plaintiff Joseph Cocchi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH COCCHI,<br><br>    Plaintiff,<br><br>  v.<br><br>CIRCUIT CITY STORES, INC.<br><br>    Defendant. | Case No.: C 05-01347 JCS<br><br>**JOINT STIPULATIONS AND [~~PROPOSED~~] ORDER**<br><br><br><br>Magistrate Judge Joseph C. Spero<br>Complaint Filed:    February 25, 2005<br>Trial Date:    July 24, 2006 |

A Case Management Conference was held in this matter on August 5, 2005. Based upon the court's statements at the Case Management Conference, the parties to the above-entitled action jointly stipulate to the following issues:

1. Plaintiff Joseph Cocchi's claims against defendant James McGrath are dismissed with prejudice for reasons stated in Magistrate Judge Spero's order denying plaintiff's motion to remand filed on July 15, 2005. Plaintiff agrees to this dismissal of claims against James McGrath based upon Magistrate Judge Spero's stated intention to dismiss all such claims when ruling on defendant's summary judgment motion.

2. Plaintiff Joseph Cocchi's second and third causes of action, intentional infliction of emotional distress (IIED) and negligent infliction of emotional distress (NIED), against

1. all defendants, are dismissed with prejudice for the reasons stated in Magistrate Judge Spero's order denying plaintiff's motion to remand filed on July 15, 2005. Plaintiff agrees to this dismissal of causes of action for IIED and NIED against all defendants based upon Magistrate Judge Spero's stated intention to dismiss all such claims when ruling on defendant's summary judgment motion.

3. Plaintiff reserves the right to appeal the dismissal of James McGrath as defendant and the dismissal of plaintiff's causes of action for IIED and NIED upon resolution of this matter in U.S. District Court.

4. Plaintiff retains his cause of action for wrongful termination in violation of public policy against defendant Circuit City Stores, Inc.

So Stipulated.

Dated: August 11, 2005      /s/ ANTHONY P. O'BRIEN
                            ANTHONY P. O'BRIEN
                            Attorney for Plaintiff Joseph Cocchi


Dated: August 11, 2005      /s/ REX DARRELL BERRY
                            REX DARRELL BERRY
                            Attorney for Defendants Circuit City Stores, Inc.
                            and James McGrath

So Ordered.

Dated: August 12, 2005

                            _____
                            UNITED STATES MAGISTRATE JUDGE
                            Joseph C. Spero

-2-

STIPULATION AND PROPOSED ORDER                    Case No. C 05-01347 JCS