

# BERRY & BLOCK LLP

November 29, 2005

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   *Cocchi v. Circuit City Stores, Inc., et al.*
       **United States District Court, Northern District of California**
       **Case No. C 05-01347 JCS**

Dear Judge Spero:

On behalf of Circuit City Stores, Inc., defendant in the above-entitled matter, I respectfully request a telephonic appearance for the Case Management Conference on December 2, 2005 at 1:30 p.m. Appearance by telephone will permit me to forego travel from Sacramento to San Francisco, resulting in a savings of time and attorneys' fees for my client. I will be available at (916) 564-2000 for the commencement of the Case Management Conference hearing.

Thank you in advance for your consideration.

Sincerely,

/s/ REX DARRELL BERRY

**REX DARRELL BERRY**

RDB:sat
cc:   Anthony P. O'Brien (counsel for Plaintiff, Joseph Cocchi)

V:\RBerry\Client Files\Circuit City\Cocchi\Correspondence\JudgeSpero112805.doc

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
11/1/05
Date

2180 Harvard Street, Suite 560, Sacramento, CA 95815
tel: 916.564.2000 | fax: 916.564.2024 | toll free: 877.564.2720
web: www.berryblock.com