1  George F. Camerlengo, State Bar No. 50232
2  C. Judith Johnson, State Bar No. 104557
   Anthony P. O'Brien State Bar No. 232650
3  CAMERLENGO & JOHNSON
   500 Airport Boulevard, Suite 350
4  Burlingame, CA  94010
   Telephone:  (650) 579-2911
5
   Attorneys for Plaintiff Joseph Cocchi
6

7
                          UNITED STATES DISTRICT COURT
8
                         NORTHERN DISTRICT OF CALIFORNIA
9

10                                          )  Case No.:  C 05-01347 JCS
                                            )
11 JOSEPH COCCHI,                           )  **JOINT STIPULATION AND**
                                            )  **[PROPOSED] ORDER**
12            Plaintiff,                    )
                                            )
13      v.                                  )
                                            )
14                                          )
                                            )  Magistrate Judge Joseph C. Spero
15 CIRCUIT CITY STORES, INC. and            )  Complaint Filed:     February 25, 2005
   DOES 1-20.                               )  Trial Date:          July 24, 2006
16                                          )
                                            )
17            Defendant.                    )
                                            )
18 _____      )

19
        Based on the fact that plaintiff has requested the deposition of employees of defendant
20
   Circuit City Stores, Inc., and that defendant's counsel has stated that such employees are not
21
   available for deposition until after January 1, 2006, the parties to the above-entitled action jointly
22
   stipulate to the following:
23
   1. Plaintiff and defendant stipulate that the depositions of James McGrath, Nick Lyles and
24
      the person most knowledgeable about plaintiff's termination, Circuit City's store policy
25
      on managing unruly customers and employee assault may be taken during the month of
26
      January 2006, notwithstanding the close of the period for non-expert discovery on
27
      December 30, 2005.  The parties stipulate that Nick Lyles no longer works for Circuit
28

-1-

STIPULATION AND PROPOSED ORDER                                        Case No. C 05-01347 JCS

1 City and that Circuit City has no ability or obligation to secure his presence at a deposition.

2. The parties will cooperate in securing the first available dates during January 2006 for the depositions referenced herein. Defendant's counsel has provided plaintiff's counsel with the last known contact information (address and phone number) for former Circuit City employee Nick Lyles.

3. Plaintiff and defendant stipulate that no further non-expert discovery will occur beyond that described in this stipulation, unless the parties agree to such discovery, or the court orders a further extension for written discovery.

So Stipulated.

Dated: December 19, 2005                    /s/ANTHONY P. O'BRIEN
                                            ANTHONY P. O'BRIEN
                                            Attorney for Plaintiff Joseph Cocchi


Dated: December 19, 2005                    /s/REX DARRELL BERRY
                                            REX DARRELL BERRY
                                            Attorney for Defendant Circuit City Stores, Inc.

So Ordered.

Dated: Jan. 3, 2006                         
                                            UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATION AND PROPOSED ORDER                          Case No. C 05-01347 JCS