UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH COCCHI,

        Plaintiff(s),

  v.

CIRCUIT CITY STORES, INC.,

        Defendant(s).
_____/

No. C-05-1347 JCS

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL**

**[Docket No. 53]**

On January 4, 2006, the parties filed a joint letter regarding a discovery dispute [Docket No. 53]. The Court construes this letter as a Motion to Compel Discovery (the "Motion"). Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

    1.    Defendant shall identify all lawsuits in Northern California filed against it since January 1, 2000, alleging wrongful termination based on a public policy of employee self-defense or based on alleged retaliation for making a safety complaint. This list shall be provided within two (2) weeks of the date of this Order.

    2.    Except as specifically granted, the Motion is DENIED.

IT IS SO ORDERED.

Dated: January 5, 2006

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge