REX DARRELL BERRY, State Bar No. 110219
SCOTT M. PLAMONDON, State Bar No. 212294
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant Circuit City Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH COCCHI, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>CIRCUIT CITY STORES, INC. and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. C 05-01347 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON CIRCUIT CITY STORES, INC.'S REQUEST FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(B)**<br><br>**[ORIGINALLY]**<br>Noted for: May 19, 2006<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 17th Fl.<br>Magistrate Judge Joseph C. Spero |

**I.**

**STIPULATION**

The parties hereto, through their undersigned counsel of record, stipulate to the following briefing and hearing schedule:

    1.    Circuit City's motion for certification was filed on April 11, 2006.

    2.    Plaintiff's opposition to the motion shall be filed on April 28, 2006.

    3.    Circuit City waives its right to file a reply memorandum.

/ / /

/ / /

/ / /

4. The hearing on this matter shall be on **May 12, 2006** at 9:30 a.m., rather than on May 19, 2006.

| | |
|---|---|
| Dated: April 19, 2006 | Dated: April 19, 2006 |
| CAMERLENGO & JOHNSON | BERRY BLOCK, LLP |
| By /s/ ANTHONY P. O'BRIEN | By /s/ REX DARRELL BERRY |
| ANTHONY P. O'BRIEN | REX DARRELL BERRY |
| Attorneys for Plaintiff | SCOTT M. PLAMONDON |
| Joseph Cocchi | Attorneys for Defendant |
| | Circuit City Stores, Inc. |

## II.
## ORDER

Based on the stipulation of the parties set forth herein IT IS HEREBY ORDERED:

1. Plaintiff's opposition to Circuit City's motion for certification will be served and filed on or before April 28, 2006.

2. Circuit City will not file any reply memorandum in support of the motion.

3. The hearing on this matter shall take place on May 12, 2006 at 9:30 a.m., rather than on May 19, 2006.

ORDERED this __20th__ day of April, 2006

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*

Y:\RBerry\Client Files\Circuit City\Cocchi\USDC Pleadings\StipHrgCert041806.doc

# CERTIFICATE OF MAILING

The undersigned certifies that the above and foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

### Attorneys for Plaintiff

Anthony P. O'Brien
Camerlengo & Johnson
500 Airport Boulevard, Suite 350
Burlingame, CA 94010
(650) 579-2911
(650) 579-7975 FAX

### Attorneys for Defendant

Rex Darrell Berry
Scott M. Plamondon
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

DATED this 19th day of April, 2006.

By: /s/ STEPHANIE A. THURTLE
Stephanie A. Thurtle

Y:\RBerry\Client Files\Circuit City\Cocchi\USDC Pleadings\StipHrgCert041806.doc

---

*Cocchi v. Circuit City Stores, Inc.*
Case No. C-05-01347 JCS

3

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON CIRCUIT CITY STORES, INC.'S REQUEST FOR CERTIFICATION